■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS KARPINSKY, Appellant. [601 NYS2d 829] —Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered June 22, 1992, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANICE B. LAMB, Appellant. [600 NYS2d 991] —Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Orange County (Byrne, J.), imposed November 12, 1992.

Ordered that the sentence is affirmed, and the matter is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mangano, P. J., Bracken, Ritter, Copertino and Santucci, JJ., concur.